Signed: June 24, 2015
SO ORDERED
The hearing described below shall be continued to
August 19, 2015 at 10:00 AM.



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **IN RE:** | * | |
| **MICHAEL W. CISCO AND** | * | Case No. 14-28867 |
| **LINDA D. CISCO,** | | **(Chapter 13)** |
| **Debtors.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **MICHAEL W. CISCO AND,** | * | Adv. No. 15-00206 |
| **LINDA D. CISCO,** | | |
| | * | |
| **Plaintiffs,** | | |
| | * | |
| v. | * | |
| **PNC BANK, N.A., PNC** | | |
| **MORTGAGE,** *et al.* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO CONTINUE HEARING
### SCHEDULED FOR JUNE 24, 2015

This matter came before the court on Plaintiffs' Consent Motion to Continue Hearing Scheduled for June 24, 2015, Upon consideration of the premises, it is hereby,

**ORDERED**, that the hearing scheduled for June 24, 2015 be and it hereby is postponed

Copies to:

Sari K. Kurland, Esq.
The Law Offices of Sari K. Kurland, LLC
211 Jersey Lane
Rockville, MD 20850

Bryan J. Harrison, Esq.
Ballard Spahr LLP
300 E. Lombard St., 18th Floor
Baltimore, MD 21202

Daniel Joseph Tobin, Esq.
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006

Kyle J. Moulding, Esq.
312 Marshall Avenue
Suite 800
Laurel, MD 20707

Gerald Solomon, Esq.
Law Office of Gerald Solomon, P.A.
9857 Majestic Way
Boynton Beach, FL 33437
(561) 735-3536